**Opinion issued April 23, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-26-00319-CV**

————————————

**IN RE PAULA M. MILLER, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator Paula M. Miller has filed a petition for writ of mandamus challenging the Fort Bend County Democratic Party Chairwoman's ruling that declared relator ineligible for the general election.

A relator has the burden to file a complete record showing entitlement to mandamus relief. TEX. R. APP. P. 52.7(a). The relator here has not filed such a record. We deny mandamus relief. *Id*. We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Caughey and Morgan.

Adams, C.J., concurring.